IH-32  Rev: 2014-1

# United States District Court for
## the
# Eastern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation,
SEOUL VIOSYS CO., LTD., a Korean corporation,

Plaintiff

vs.

SATCO PRODUCTS, INC.,

Defendant

Case Number

1:19-cv-06719

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation,
SEOUL VIOSYS CO., LTD., a Korean corporation,

Plaintiff

vs.

SATCO PRODUCTS, INC.,

Defendant

Case Number

2:19-cv-04951-KAM-SMG

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open     (If so, set forth procedural status and summarize any court rulings.)

The related case was originally filed in Florida and transferred to E.D.N.Y on August 29, 2019. Parties attended Initial Scheduling conference on November 4, 2019. Scheduling order was entered based on parties agreed upon schedule

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The parties are identical in both actions, the asserted patents in both actions are directed to similar and/or related technologies, and some of the same products are likely to be at issue in both litigations

Signature: /s/ Michael B. Eisenberg          Date: 12/4/2019

Firm: Holland & Knight LLP