**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SEOUL SEMICONDUCTOR CO., LTD.**<br>**and SEOUL VIOSYS CO., LTD.,**<br>　　　　　　　　　Plaintiffs,<br>　v.<br><br>**SATCO PRODUCTS, INC.,**<br>　　　　　　　　Defendant. | Civil Action No. 1:19-cv-06719-MKB-ST |

**TO: THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Scott J. Bornstein, of Greenberg Traurig, LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above entitled action for Defendant, SATCO PRODUCTS, INC.

Dated: December 16, 2019

　　　　　　　　　　　　　　　　*/s/ Scott J. Bornstein*
　　　　　　　　　　　　　　　　Scott J. Bornstein
　　　　　　　　　　　　　　　　Greenberg Traurig, LLP
　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　Email: bornsteins@gtlaw.com
　　　　　　　　　　　　　　　　Tel: (212) 801-2142
　　　　　　　　　　　　　　　　Fax: (212) 224-6146

　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　*SATCO Products, Inc.*