# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS CO., LTD., <br> Plaintiffs, <br> v. <br> SATCO PRODUCTS, INC., <br> Defendant. | Civil Action No. 1:19-cv-06719 – (MKB-ST) |

**TO: THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Joshua L. Raskin, of Greenberg Traurig, LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above entitled action for Defendant, SATCO PRODUCTS, INC.

Dated: December 16, 2019

*/s/ Joshua L. Raskin*
Joshua L. Raskin
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
Email: raskinj@gtlaw.com
Tel: (212) 801-6930
Fax: (212) 801-6400

*Attorney for Defendant*
*SATCO Products, Inc.*