## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a Korean Corporation, SEOUL VIOSYS CO., LTD., a Korean corporation,<br><br>    Plaintiff,<br><br>    -v-<br><br>SATCO PRODUCTS, INC.,<br><br>    Defendant. | C. A. No. 19-cv-06719 (MKB/RLM) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Leonie W. Huang of Holland & Knight LLP, an attorney admitted to practice in this Court, hereby appears in this action on behalf of Plaintiffs Seoul Semiconductor Co., Ltd. and Seoul Viosys Co., Ltd., and requests that she be served with copies of all future pleadings, discovery, and submissions to the Court.

DATED: New York, New York
    December 16, 2019

                                        Respectfully submitted,

                                        HOLLAND & KNIGHT LLP

                                        By: _Leonie Huang_____
                                              Michael B. Eisenberg
                                              Leonie W. Huang
                                              31 West 52nd Street
                                              New York, New York 10019
                                              Telephone: 212.513.3200
                                              Facsimile: 212.385.9010
                                              Michael.Eisenberg@hklaw.com
                                              Leonie.Huang@hklaw.com

                                              Attorneys for Plaintiffs, Seoul Semiconductor
                                              Co., Ltd. and Seoul Viosys Co., Ltd.