

Julie P. Bookbinder
Tel 212.801.9200
Fax 212.805.9412
bookbinderj@gtlaw.com

March 1, 2021

**VIA ECF**

The Honorable Anne Y. Shields
U.S. District Court, E.D. New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Seoul Semiconductor Co., Ltd., et al. v. Satco Products, Inc.*, 1:19-cv-6719-GRB-AYS

Dear Judge Shields:

Pursuant to the Order dated January 4, 2021, the parties in the above-referenced action submit this joint status report.

Plaintiffs Seoul Semiconductor Co. Ltd. and Seoul Viosys Co., Ltd. (collectively, "Seoul") filed this patent infringement action against Defendant Satco Products, Inc. ("Satco") on November 27, 2019, asserting that Satco infringes 9 patents related to LED technology. *See* Dkt. 1. Satco has pled several defenses and counterclaims, including non-infringement and invalidity of each asserted patent. Dkt. 18.

This is the second of two patent infringement actions pending before this Court between Seoul and Satco. Seoul filed the first action, *Seoul Semiconductor Co., Ltd., et al. v. Satco Products, Inc.*, 2:19-cv-04951-GRB-AYS ("First Action"), on April 19, 2019. In the First Action, Seoul asserts that Satco infringes 10 different patents, also relating to LED technology, and Satco has also pled several defenses and counterclaims, including non-infringement and invalidity of each asserted patent. First Action, Dkts. 1, 26, 92. The United States Patent and Trademark Office instituted *inter partes* review ("IPR") proceedings initiated by Satco with respect to 6 of the patents asserted in the First Action. *See id.*, Dkts. 82, 88.

On November 17, 2020, Magistrate Judge Gold entered a Text Order in the First Action granting Satco's motion for a partial stay with respect to the 6 asserted patents subject to IPR proceedings. On January 4, 2021, Magistrate Judge Gold entered a Text Order in this action, which states that "the partial stay entered in [the First Action] on November 17, 2020 applies to this action as well." However, none of the 6 asserted patents in the First Action that are subject to IPR proceedings are asserted in this action.

Satco filed a petition for IPR with respect to one of the nine patents asserted in this action—U.S. Patent No. 7,646,031. An institution decision is expected by June 7, 2021.

A case schedule has not yet been entered in this action, though Seoul has served and Satco has responded to an initial set of interrogatories and document requests. The parties respectfully request that the Court hold a scheduling conference for this case and that the parties submit a joint schedule to the Court seven days in advance of said conference.

March 1, 2021
Page 2

                                              Respectfully submitted,

                                              */s/ Julie P. Bookbinder*
Scott J. Bornstein
Joshua L. Raskin
Julie P. Bookbinder
GREENBERG TRAURIG, LLP
200 Park Ave
New York, NY 10166
Telephone: (202) 801-9200
bornsteins@gtlaw.com
raskinj@gtlaw.com
bookbinderj@gtlaw.com

Nicholas A. Brown (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
4 Embarcadero Ctr, Ste. 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1271
brownn@gtlaw.com

Robert P. Lynn, Jr.
Stephen W. Livingston
LYNN GARTNER DUNNE, LLP
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
rplynn@lgdlaw.com
swlivingston@lgdlaw.com

***Attorneys for Defendant Satco Products, Inc.***

Courtesy copy: all counsel in this action via ECF