**FILED
CLERK**

11:50 am, May 20, 2021
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK

                                    .
    Seoul Semiconductor Co.,        .  Docket #CV-19-6719 (GRB)(AYS)
    Ltd., et al.,                   .
                                    .
           Plaintiffs,              .
                                    .  United States Courthouse
              vs.                   .  Central Islip, NY
                                    .  May 13, 2021
    Satco Products, Inc.,           .  12:49 p.m.
                                    .
           Defendant.                .
    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .


                 TRANSCRIPT OF TELEPHONIC CONFERENCE
                 BEFORE THE HONORABLE ANNE Y. SHIELDS
                   UNITED STATES MAGISTRATE JUDGE


    APPEARANCES:

    For The Plaintiffs:             Michael B. Eisenberg, Esq.
                                    Steptoe & Johnnson, LLP
                                    35th Fl.
                                    1114 Ave. Of the Americas
                                    New York, NY 10036

                                    Etai Y. Lahav, Esq.
                                    Radulescu, LLP
                                    5 Penn Plaza-19th Fl.
                                    New York, NY 10001

                                    Jennifer L. Jonak, Esq.
                                    Jonak Law Group, PC
                                    85400 Cloverdale Rd.
                                    Creswell, OR 94726

    For The Defendant:              Nicholas A. Brown, Esq.
                                    Greenberg Traurig
                                    Ste. 3000
                                    4 Embarcadero Center
                                    San Francisco, CA 94111
```

2

```
                              Scott J. Bornstein, Esq.
                              Greenberg Traurig
                              Metlife Building
                              200 Park Ave.
                              New York, NY 10166

                              Robert P. Lynn, Jr., Esq.
                              Lynn Gartner Dunne, LLP
                              330 Old Country Rd.-Ste. 103
                              Mineola, NY 11501

Audio Operator

Transcribing Firm:            Writer's Cramp, Inc.
                              1027 Betty Lane
                              Ewing, NJ 08628
                              609-588-8043
```

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

```
 1              THE CLERK:  Calling 19-CV-6719, Seoul Semiconductor
 2     Co., Ltd., et al. vs. Satco Products, Incorporated.  Please
 3     state your appearances for the record.
 4              MR. EISENBERG:  This is Michael Eisenberg of Steptoe
 5     & Johnson, LLP on behalf of the Plaintiffs.  With me as well,
 6     I have Etai Lahav of the Radulescu firm, and Jenny Jonak of
 7     Jonak PLC, also on behalf of the Plaintiffs.
 8              THE COURT:  And for Defendants?
 9              MR. BROWN:  This is Nick Brown of Greenberg Traurig,
10     with me, Scott Bornstein of Greenberg Traurig and Bob Lynn of
11     Lynn Gartner Dunn.
12              THE COURT:  All right.  Good afternoon, all.  So
13     this is a status conference on 19-6719.  Now, this case is
14     really at its earliest stage, and I see that you've all put in
15     a proposed schedule that seems to be consistent with all local
16     rules in terms of being very particular and timing.
17          So I don't really need to talk about this much unless
18     there's something that you want to add to it.  Plaintiff, let
19     me hear from you if you need any -- if you want to talk about
20     it at all.
21              MR. EISENBERG:  This is Michael Eisenberg again.  I
22     don't believe there is anything to be added.  Let me just
23     confirm with Mr. Lahav that there was nothing in particular
24     that we wanted to raise with respect to the schedule for the
25     second case.
```

                                                                        4

1        MR. LAHAV:  No.  I think it's all agreed.  So so
2   confirmed.
3        THE COURT:  Okay.  Anything -- Mr. Brown, anything
4   from you?
5        MR. BROWN:  No, Your Honor.  We worked it out and
6   are in agreement.
7        THE COURT:  All right.  Very good.  So I think with
8   respect to that one, I can just -- I can so order it.  Let me
9   take a look at what I might think about in terms of status
10  conferences, and I'll give you guys enough time to figure it
11  out.  If I pick a date and you have a problem, we can always
12  reschedule.  We've been doing these kinds of conferences on
13  the phone.  Like I said, I'm in the courthouse, but when it's
14  just status conferences, I'm generally doing them on the phone
15  now.  So nobody has to be dragged into a courtroom just for a
16  five minute conference.
17     But other than that, I'm here if you need me.  Let me
18  know your dates for the other case -- the hearing, and I'll
19  discuss these cases with Judge Brown.  All right?
20       MR. EISENBERG:  Thank you very much, Your Honor.
21       THE COURT:  All right.  Thanks everyone for
22  (indiscern.).  Thank you, good afternoon.
23     (Court adjourned)
24
25

```
                                                                     5
 1                          CERTIFICATION
 2    I certify that the foregoing is a correct transcript from the
 3    electronic sound recording of the proceedings in the above-
 4    entitled matter.
 5
 6
 7    _Lewis Parham_ (signature)                    5/20/21
 8
 9    _____          _____
10    Signature of Transcriber                    Date
```